UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ARIAS, BRADEN BITTICK, BARBARA CASTRO, ANA MARIA DE LA TORRE, CARMEN DE LA TORRE, ROSINA DIAZ, MELINDA ESCOBIDO, KIMBERLY FLEISCHMANN, JOANNIE HOUK, MICHAEL LEMBO, DAWN PARKER, DAVID PELLEGRINO, MICHELE WEISS, and PATRICK WINCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPECT MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:13-cv-00671-PMP-GWF<br><br>ORDER GRANTING DEFENDANT PROSPECT MORTGAGE, LLC'S MOTION TO STAY PENDING DECISION ON TRANSFER |

This matter came before the Court on Defendant Prospect Mortgage, LLC's Motion to Stay Pending Decision on Transfer. Having reviewed the parties' submissions ~~and entertained oral argument~~, and based on the entire record in this matter, and for good cause shown, it is hereby ORDERED that Defendant's Motion is GRANTED, and this action is stayed in its entirety pending resolution of Defendant's motion to transfer pursuant to 28 U.S.C. § 1407

IT IS SO ORDERED.

Dated: November 4, 2013

_____
Honorable Philip M. Pro
United States District Court Judge

16100231v.1