COYER & LANDIS, LLC
Casey Landis, Nev. Bar No. 9424
clandis@coyerandlandis.com
601 S. 10th St.
Las Vegas, Nevada 89101
Tel. (702) 715-3655; Fax (702) 664-2632

NICHOLS KASTER, LLP
Adam W. Hansen (*pro hac vice*)
ahansen@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Tel. (415) 277-7236; Fax (415) 277-7238

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ARIAS, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PROSPECT MORTGAGE, LLC,<br><br>　　　　　　Defendant. | Case No.: 2:13-cv-00671-PMP-GWF<br><br>**PLAINTIFFS' MOTION<br>TO LIFT STAY** |

On November 4, 2013, this Court stayed this case pending a decision by the Joint Panel on Multidistrict Litigation ("MDL Panel") regarding Defendant's Motion to Transfer. On December 13, 2013, the MDL Panel denied Defendant's motion. (Order Denying Transfer, MDL Case No. 2486, Dec. 13, 2013, Document No. 17, attached hereto as Exhibit A). Because Defendant's Motion to Transfer this action was denied, this action will remain in this Court. Accordingly, Plaintiffs request that the stay be lifted immediately so that the parties can proceed with the litigation. Defendant does not oppose Plaintiffs' motion.

Respectfully submitted February 5, 2014　　　　　　NICHOLS KASTER, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Adam W. Hansen

PLAINTIFFS' MOTION TO LIFT STAY – Page 1

Adam W. Hansen (*pro hac vice*)
ahansen@nka.com
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Tel. (415) 277-7236; Fax (415) 277-7238

COYER & LANDIS, LLC
Casey Landis, Nev. Bar No. 9424
clandis@coyerandlandis.com
601 S. 10th St.
Las Vegas, Nevada 89101
Tel. (702) 715-3655; Fax (702) 664-2632

Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED:   February 4, 2014

*[signature]*

HONORABLE PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

PLAINTIFFS' MOTION TO LIFT STAY – Page 2