UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ARIAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PROSPECT MORTGAGE, LLC,<br><br>    Defendant. | Case No. 2:13-cv-00671-PMP-GWF<br><br>ORDER GRANTING JOINT MOTION TO STAY |

This matter came before the Court on Defendant Prospect Mortgage, LLC's and Plaintiffs Carlos Arias, Braden Bittick, Barbara Castro, Ana Maria De La Torre, Carmen De La Torre, Rosina Diaz, Melinda Escobido, Kimberly Fleishchmann, Joannie Houk, Michael Lembo, Dawn Parker, David Pellegrino, and Patrick Winchell's Joint Motion to Stay following the Parties' reaching a tentative settlement.  Having reviewed the Parties' joint submissions, and based on the entire record in this matter, and for good cause shown, it is hereby ORDERED that the Parties' Joint Motion is GRANTED, and this action is stayed in its entirety pending finalization of the Parties' tentative settlement agreement.  The Parties will promptly notify the Court in the event any of the plaintiffs in this action decline their settlement offer.

IT IS SO ORDERED.

Dated: May 1, 2014

                                                              Honorable Philip M. Pro
United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY - 1

17171191v.1