UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARLOS ARIAS, et al., )<br>)<br>Plaintiffs, )<br>) | 2:13-CV-00671-PMP-GWF |
| v. )<br>) | |
| PROSPECT MORTGAGE, LLC, )<br>) | ORDER |
| Defendant. )<br>) | |

On May 14, 2014, the Court entered an Order (Doc. #43) staying this action pending settlement. In compliance with the Court's Order, on July 9, 2014, the parties filed a Joint Status Report (Doc. #44) advising the Court of their settlement progress which appears to be substantial.

IT IS THEREFORE ORDERED that the Court approves the settlement protocol outlined in the parties' Joint Status Report (Doc. #44). In the event the final settlement of action is not consummated within 90 days, the parties shall, not later than October 13, 2014, file a second joint status report updating the Court on the progress of the settlement of this action.

DATED: July 10, 2014

_____
PHILIP M. PRO
United States District Judge