UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARLOS ARIAS, et al., ) | |
|        Plaintiffs, ) | |
| v. ) | 2:13-CV-00671-PMP-GWF |
| ) | ORDER |
| PROSPECT MORTGAGE, LLC ) | |
|        Defendant. ) | |

Having read and considered the Status Report as to the Parties' Settlement Agreement (Doc. #50), and good cause appearing,

IT IS ORDERED that the parties shall have to and including October 21, 2014, to submit their joint motion for settlement approval of this lawsuit.

DATED: October 14, 2014

_____
PHILIP M. PRO
United States District Judge