UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ARIAS, BRADEN BITTICK, BARBARA CASTRO, ANA MARIA DE LA TORRE, CARMEN DE LA TORRE, ROSINA DIAZ, MELINDA ESCOBIDO, KIMBERLY FLEISCHMANN, JOANNIE HOUK, MICHAEL LEMBO, DAWN PARKER, DAVID PELLEGRINO, MICHELE WEISS, and PATRICK WINCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPECT MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:13-cv-00671-PMP-GWF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>Judge:   Hon. Philip M. Pro |

PURSUANT TO DEFENDANT'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL, having reviewed the pleadings and papers on file in this action, and having considered the arguments, the Court makes the following findings, and good cause appearing, makes the following order:

In conjunction with the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit, Defendant may file the confidential settlement agreements under seal for the Court's review.

Defendant's Unopposed Motion To File Documents Under Seal is **GRANTED**.

**IT IS SO ORDERED.**

DATE: 10/20/14

_____
The Hon. Philip M. Pro
United States District Court Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL

- 1 -

MILLS & ASSOCIATES
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
(702) 240-6060 voice
(702) 240-4267 fax

18120692v.1