UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ARIAS, BRADEN BITTICK, BARBARA CASTRO, ANA MARIA DE LA TORRE, CARMEN DE LA TORRE, ROSINA DIAZ, MELINDA ESCOBIDO, KIMBERLY FLEISCHMANN, JOANNIE HOUK, MICHAEL LEMBO, DAWN PARKER, DAVID PELLEGRINO, MICHELE WEISS, and PATRICK WINCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPECT MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:13-cv-00671-PMP-GWF<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS**<br><br>Judge:    Hon. Philip M. Pro |

PURSUANT TO THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT, having reviewed the pleadings and papers on file in this action, and having considered the Parties' arguments, the Court makes the following findings, and good cause appearing, makes the following order:

1. The Parties' Joint Motion For Approval Of Settlement Agreements is **GRANTED**;

2. The settlements reached by the Parties represent fair and equitable resolutions of this action, reasonably resolve *bona fide* disagreements between the Parties regarding the merits of the claims asserted by Plaintiffs, and demonstrate a good-faith intention by the Parties that the claims of Plaintiffs be fully and finally resolved, and not re-litigated in whole or in part at any point in the future;

3. The settlements reached by the Parties are approved by this Court;

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS      - 1

MILLS & ASSOCIATES
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
(702) 240-6060 voice
(702) 240-4267 fax

18122366v.1
18310312v.1

1      4.    Pursuant to the terms of the Parties' confidential settlement agreements, the claims of the participating Plaintiffs, including Plaintiffs' Fair Labor Standards Act claims, and all claims for relief set forth therein, shall be dismissed with prejudice;

    5.    This action remains open as to *pro se* Plaintiff Rosina Diaz;

    6.    Each side shall bear their own attorneys' fees and costs, except as may otherwise be provided in the confidential settlement agreements.

**IT IS SO ORDERED.**

DATE: 10/20/14

_____
The Hon. Philip M. Pro
United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS  - 2 -

MILLS & ASSOCIATES
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
(702) 240-6060 voice
(702) 240-4267 fax

18122366v.1
18310312v.1